UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Wangs Alliance Corporation d/b/a/ WAC Lighting<br><br>*44 Harbor Park Drive*<br>*Port Washington, New York 11050*<br><br>　　　　Plaintiff (Complainant)<br><br>　　v.<br><br>Minka Lighting, LLC<br><br>*1151 West Bradford Ct.*<br>*Corona, CA 92882*<br><br>　　　　Defendant (Respondent) | Misc. Civil Action No.: _____ |

**MOTION FOR ISSUANCE OF A LETTER ROGATORY**
**REQUESTING INTERNATIONAL JUDICIAL ASSISTANCE**

Minka Lighting LLC ("Petitioner"), Tech Lighting LLC, and VC Brands LLC are the Respondents in *Certain Smart Ceiling Fans, Components Thereof, and Associated Systems and Software Thereof*, Inv. No. 337-TA-1374 (the "Investigation") before the United States International Trade Commission.[1]  Petitioner respectfully requests that this Court issue, under its seal and signature, the attached Request for International Judicial Assistance ("Letter Rogatory") (Exhibit 1).  The Letter Rogatory seeks documents and testimony from S.Q.M. Co., Ltd. ("Silverstone"), a corporation located in Taiwan at the following address:

---

[1]   In the Investigation, Wangs Alliance Corporation d/b/a WAC Lighting ("WAC") alleges that Respondents are in violation of 19 U.S.C. § 1337 by selling and/or importing products that infringe the Asserted Patents.  The Asserted Patents in the Investigation are United States Patent Nos. 10,488,897; 11,028,854; and 11,598,345.

S.Q.M. Co., Ltd.
1F., No. 89, Sec. 4, Hankou Rd.
North District, Taichung, 40149
Taiwan

This request is based on an Order (Exhibit 2) by Administrative Law Judge Cameron Elliot, who presides over the Investigation, finding that the Letter Rogatory seeks evidence relevant to the Investigation and recommending that this Court issue the Letter Rogatory to the extent practicable.

Respondents are seeking information relating to wireless receivers designed for implementation into smart ceiling fans that may serve as prior art to the Asserted Patents and are relevant to Respondents' invalidity defenses. As shown in the Letter Rogatory (Exhibit 1) and recognized in the Order (Exhibit 2), the information sought is highly relevant to the adjudication of the claims in the Investigation; the requests in the Letter Rogatory are narrowly tailored to elicit only relevant information; and there are no alternative means for Respondents to obtain the information.

Taiwan is not a signatory to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters. *See* U.S. Dep't of State, Taiwan Judicial Assistance Information, *available at* https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/Taiwan.html (noting that Taiwan is not a party to the Hague Convention); *see also* Fed. R. Civ. P. 4(f)(2)(B); All Writs Act, 28 U.S.C. §§ 1651, 1781 (permitting "the transmittal of a letter rogatory or request directly from a tribunal in the United States to the foreign or international tribunal, officer, or agency to whom it is addressed and its return in the same manner"). The use of Letters Rogatory has been the traditional method of requesting foreign judicial assistance in obtaining evidence located abroad. *See, e.g., Image Processing Techs. LLC v. Cannon, Inc.*, No. CV 10-3867, 2011 U.S. Dist. LEXIS 167076, at *4-5 (E.D.N.Y. Sep. 13,

2011) (noting that "[b]ecause Japan is not a signatory to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, compulsion of evidence in Japan from an unwilling witness can only be achieved on the basis of comity, pursuant to a letter rogatory") (internal quotations omitted).

For at least the foregoing reasons and the reasons set forth in the accompanying materials, Petitioner respectfully requests that the Court assign a Judge to this matter and issue the attached Letter Rogatory (Exhibit 1) as soon as the Court deems appropriate.

Dated:   January 19, 2024  By:   */s/ Yar R. Chaikovsky*
               Yar R. Chaikovsky

               Yar R. Chaikovsky (CA Bar. No. 175421)
               WHITE & CASE LLP
               3000 El Camino Real
               2 Palo Alto Square, Suite 900
               Palo Alto, CA 94306-2109
               Email: WCMinkaLighting337-TA-1374@whitecase.com

               *Counsel to Defendant (Respondent)*
               *Minka Lighting, LLC*

## CERTIFICATE OF SERVICE

I, C. Daniel Treviño, hereby certify that the attached document has been served upon the following parties as indicated below on January 19, 2024.

### MOTION FOR ISSUANCE OF A LETTER ROGATORY
### REQUESTING INTERNATIONAL JUDICIAL ASSISTANCE

| | |
|---|---|
| *Counsel for Wangs Alliance Corporation d/b/a/ WAC Lighting*<br><br>David F. Nickel<br>Foster, Murphy, Altman & Nickel, PC<br>1150 18th Street, N.W., Suite 775<br>Washington, D.C. 20036<br>Email: FM-WAC-1374@ fostermurphy.com<br><br>David C. Radulescu<br>Radulescu LLP<br>5 Penn Plaza, 19th Fl.<br>New York, NY 10001<br>Email: RADIP-WAC-1374@radip.com | ☐ Via CM/ECF<br>☐ Via First Class Mail<br>☐ Via Express Delivery<br>☐ Via Hand Delivery<br>☒ Via Electronic Mail |
| *Counsel for Tech Lighting LLC and VC Brands LLC*<br><br>Benjamin T. Horton<br>MARSHALL, GERSTEIN & BORUN<br>233 South Wacker Drive, Suite 6300<br>Chicago, IL 60606<br>Email: bhorton@marshallip.com<br>Email: kgordon@marshallip.com<br>Email: ibegert@marshallip.com<br>Email: ishah@marshallip.com<br>Email: MGBLitDocket@marshallip.com<br><br>Benjamin Levi<br>LEVI SNOTHERLY & SCHAUMBERG, PLLC<br>1101 Connecticut Avenue, N.W., Suite 450<br>Washington, DC 20036<br>Email: VCC-LSS-1374@levisnotherly.com | ☐ Via CM/ECF<br>☐ Via First Class Mail<br>☐ Via Express Delivery<br>☐ Via Hand Delivery<br>☒ Via Electronic Mail |

| | |
|---|---|
| Jim Adduci<br>ADDUCI LLP<br>3230 Volta Place, NW<br>Washington, DC 20007<br>Email: adduci@adducillp.com | |

                                    */s/ C. Daniel Treviño*
                                    C. Daniel Treviño